UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAURI DENT,

    Plaintiff,

v.

MICAH MOSER,

    Defendant.
_____/

Case No. 1:21-cv-915

Hon. Hala Y. Jarbou

## ORDER

On December 20, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendant's motion for summary judgment be granted. (ECF No. 37). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 37) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 30) is **GRANTED**.

A judgment will issue in accordance with this order.

Dated: January 19, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE